**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**WALTER F. KREITLOW,**

    **Plaintiff,**                  **CASE NO.: 4:17-cv-00242-RH-CAS**

**v.**

**STATE OF FLORIDA, DEPARTMENT
OF BUSINESS AND PROFESSIONAL
REGULATION,**

    **Defendant.**
_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Hetal Desai McGuire and files this Notice of Withdrawal as co-counsel for the Defendant, **STATE OF FLORIDA, DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**. The undersigned notifies the Court that she will no longer be employed with Sniffen & Spellman, P.A. as of September 29, 2017. The Defendant will continue to be represented by Robert J. Sniffen of Sniffen & Spellman, P.A.

Dated this 26th day of September, 2017.

Respectfully submitted,

/s/ Hetal Desai McGuire
**HETAL DESAI MCGUIRE**
Florida Bar No. 050938
E-mail: hdesai@sniffenlaw.com
**ROBERT J. SNIFFEN**
Florida Bar No. 0000795
E-mail: rsniffen@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of September, 2017, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Northern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Hetal Desai McGuire
**HETAL DESAI MCGUIRE**