UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WALTER KREITLOW,**              CASE NO. 4:17-cv-00242-RH-CAS

    **Plaintiff,**

v.

**FLORIDA DEPARTMENT OF
BUSINESS AND PROFESSIONAL
REGULATION,**

    **Defendant.**

_____/

## MOTION TO DISMISS, STIPULATION OF DISMISSAL & MOTION TO REMAND

Plaintiff, WALTER KREITLOW, and Defendant, FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION, by and through their undersigned counsel, file this Motion to Dismiss and Stipulation of Dismissal of claims under 29 U.S.C. §794, the Rehabilitation Act, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and file this Motion to Remand all remaining claims, pursuant to 28 U.S.C. § 1447(c) and Rule 12(b)(1) of the Federal Rules of Civil Procedure. As grounds for this Motion, the Parties state the following:

1.    Plaintiff currently has claims against Defendant pending in both state and federal court. In an effort to have all claims tried together, Plaintiff has agreed

to dismiss his claim under the Rehabilitation Act, which is the only federal claim pending before this Court.

2. As a result, the parties agree the appropriate action is to remand the remaining claims to the state court from which it was removed, pursuant to Fed. R. Civ. P. 12(b)(1) and 28 U.S.C. § 1447(c).

WHEREFORE, the Parties respectfully request this Court enter an Order remanding the remainder of this case to the Circuit Court of the Second Judicial Circuit from which it was removed.

## CERTIFICATE OF TYPE AND FONT

I hereby certify that this Motion contains 1,370 words and is typed in 14 point font.

Respectfully submitted this 30th day of October, 2017.

| /s/ Marie A. Mattox | /s/ Thomas L. Dickens, III |
|---|---|
| Marie A. Mattox [FBN 0739685] | Thomas L. Dickens, III [FBN 063867] |
| MARIE A. MATTOX, P. A. | DICKENS REID PLLC |
| 310 East Bradford Road | 517 East College Avenue |
| Tallahassee, FL 32303 | Tallahassee, Florida 32301 |
| Telephone: (850) 383-4800 | Telephone: (850) 629-4302 |
| Facsimile: (850) 383-4801 | Facsimile: (850) 224-2030 |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR THE PLAINTIFF |

*/s/   ROBERT J. SNIFFEN*
**ROBERT J. SNIFFEN**
FBN: 0000795
rsniffen@sniffenlaw.com
**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

ATTORNEYS FOR DEFENDANT