# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

WALTER F. KREITLOW,

    Plaintiff,

v.                                  CASE NO. 4:17cv242-RH/CAS

STATE OF FLORIDA, DEPARTMENT
OF BUSINESS AND PROFESSIONAL
REGULAION,

    Defendant.

_____/

## ORDER DISMISSING THE REHABILIATION ACT
## CLAIM AND REMANDING TO STATE COURT

The joint motion, ECF No. 14, to dismiss the Rehabilitation Act claim and to remand this action to state court is granted. The claim under the Rehabilitation Act is voluntarily dismissed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is remanded to the Circuit Court, Second Judicial Circuit, Leon County, Florida. The clerk must take all steps necessary to effect the remand.

SO ORDERED on October 31, 2017.

                                              s/Robert L. Hinkle
                                              United States District Judge